**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00839-CR
No. 05-12-00840-CR

**JUAN FRANCISCO TURCIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-70886-P and F11-70896-P**

## ORDER

The Court **GRANTS** appellant's October 22, 2013 motion to extend time for filing a motion for rehearing. Appellant is **ORDERED** to file his motion for rehearing, if any, by **MONDAY, the 25th of NOVEMBER 2013**.

/David Evans/
DAVID EVANS
JUSTICE